a case involving the discharge of a policeman, the Supreme Court of Pennsylvania said:

"We held in Schlesinger Appeal, 404 Pa. 584, 172 A.2d 835 (1961), that where a prosecutor and judge were combined in one body, the accused was denied a fair hearing to which due process of law entitled him."

See also *Donnon v. Civil Service Com.* (1971), 3 Pa. Cmwlth 366, 283 A.2d 82. The gist of all of this authority is that never, ever, can there be a merger of the prosecutorial and judicial functions in a court or in an administrative body exercising quasi-judicial functions.

■■ After reviewing the decision of the Board in this case, the circuit court found the issues in favor of the plaintiff and ordered that she recover the back wages of the deceased Patrolman Phillips from the date of his suspension or discharge to the date of his death. The question arises whether outright reversal was proper or whether the case should have been remanded to the Board for a new hearing. Since Patrolman Phillips was killed before the circuit court heard his appeal for review, his administratrix would be severely handicapped if there were a retrial of this case, because Phillips would not be available to testify. This would be unfair to the party who did not create the error.

We therefore find that the order of the circuit court, which in effect reversed the decision of the Board, was proper.

Judgment affirmed.

EBERSPACHER and CARTER, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT CONWAY (Impleaded), Defendant-Appellant.

(Nos. 58961-2 cons.;

First District (2nd Division)—December 3, 1974.

PER CURIAM.

Elliott T. Price, of Chicago (Charles I. Weitzman, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Barry Rand Elden, and Alan L. Fulkerson, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHNNY BAILEY, Defendant-Appellant.

(No. 73-188;

Second District—December 18, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.